United States District Court
for the
Southern District of Indiana

| | | |
|---|---|---|
| MAMADOU BALDE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No: |
| | ) | |
| | ) | |
| | ) | |
| ALEJANDRO MAYORKAS, Secretary, Department | ) | |
| Homeland Security. MERRICK B. GARLAND, Attorney | ) | |
| General of CECILIA DEYPALUBOS, Field Office | ) | |
| Director, United States Citizenship and Immigration | ) | |
| Services, | ) | |
|     Defendants. | ) | |

**SUMMONS IN A CIVIL ACTION**

TO:    Hon. Alejandro Mayorkas                Hon. Merrick B. Garland
         Secretary, US Department of Homeland security    Attorney General of the United States
         2707 Martin Luther King, jr, Avenue SE          US Department of Justice
         Washington DC 20528                              950 Pennsylvania Avenue, NW
                                                                    Washington, DC 20530-0001

         Cecilia Deypalubos
         USCIS Field Office Director
         1099 North Meridian Street
         10TH Floor
         Indianapolis, Indiana 46204

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

*FLORA A. OWOLABA*
*LAW OFFICE OF FLORA OWOLABI*
*450 EAST 96TH STREET, SUITE 500*
*INDIANAPOLIS, INDIANA 46240*

*SWARAY E. CONTEH*
*THE LAW OFFICE OF SWARAY CONTEH*
*3905 VINCENNES ROAD, SUITE 303*
*INDIANAPOLIS, INDIANA 46268*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
                                                                                            *Signature of Clerk or Deputy Clerk*
Civil Action Number: _____

**PROOF OF SERVICE**
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ _____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.